DEPARTMENT NO: 02 CUSTOMER SERVICE

| EMPLOYEE/ CHK DATE | CHK NO | REG HOURS | O/T HOURS | GROSS WAGES | FEDERAL W/H | FICA W/H | MEDICARE W/H | STATE W/H | OTHER TAXES | OTHER DEDUCTIONS | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JR | RYLAND, JENNIFER B. | | SSN: 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 | | | | | | | | |
| 03/07/07 | 035087 | 40.00 | 0.50 | 366.75 | 30.38 | 22.74 | 5.32 | 13.36 | 0.00 | 50.00 | 244.95 |
| 03/14/07 | 035135 | 39.25 | 0.00 | 353.25 | 28.35 | 21.90 | 5.12 | 12.78 | 0.00 | 75.00 | 210.10 |
| 03/21/07 | 035193 | 40.50 | 0.00 | 364.50 | 30.04 | 22.60 | 5.29 | 13.26 | 0.00 | 75.00 | 218.31 |
| 03/28/07 | 035238 | 40.00 | 4.00 | 460.00 | 44.37 | 28.52 | 6.67 | 17.51 | 0.00 | 75.00 | 287.93 |
| 04/04/07 | 035282 | 40.00 | 1.50 | 422.50 | 38.74 | 26.20 | 6.13 | 15.82 | 0.00 | 75.00 | 260.61 |
| 04/11/07 | 035337 | 40.00 | 1.75 | 426.25 | 39.30 | 26.43 | 6.18 | 16.01 | 0.00 | 75.00 | 263.33 |
| 04/18/07 | 035386 | 40.00 | 2.50 | 437.50 | 15.29 | 27.13 | 6.34 | 17.79 | 0.00 | 69.13 | 301.82 |
| 04/25/07 | 035436 | 40.00 | 1.75 | 426.25 | 14.16 | 26.43 | 6.18 | 17.26 | 0.00 | 0.00 | 362.22 |
| 05/02/07 | 035489 | 40.00 | 0.00 | 400.00 | 11.54 | 24.80 | 5.80 | 16.01 | 0.00 | 0.00 | 341.85 |
| 05/09/07 | 035536 | 37.25 | 0.00 | 372.50 | 8.79 | 23.10 | 5.40 | 14.72 | 0.00 | 0.00 | 320.49 |
| 05/16/07 | 035584 | 4.00 | 0.00 | 40.00 | 0.00 | 2.48 | 0.58 | 0.00 | 0.00 | 0.00 | 36.94 |
| 05/23/07 | 035633 | 39.00 | 0.00 | 390.00 | 10.54 | 24.18 | 5.66 | 15.54 | 0.00 | 0.00 | 334.08 |
| 05/30/07 | 035677 | 38.25 | 0.00 | 382.50 | 9.79 | 23.72 | 5.55 | 15.17 | 0.00 | 0.00 | 328.27 |
| 06/06/07 | 035723 | 35.75 | 0.00 | 357.50 | 7.29 | 22.17 | 5.18 | 14.05 | 0.00 | 0.00 | 308.81 |
| 06/13/07 | 035776 | 18.00 | 0.00 | 180.00 | 0.00 | 11.16 | 2.61 | 5.54 | 0.00 | 0.00 | 160.69 |
| 06/20/07 | 035822 | 40.00 | 2.00 | 430.00 | 14.54 | 26.66 | 6.24 | 17.43 | 0.00 | 25.00 | 340.13 |
| 06/26/07 | 035866 | 38.00 | 0.00 | 380.00 | 9.54 | 23.56 | 5.51 | 15.06 | 0.00 | 25.00 | 301.33 |
| 07/03/07 | 035909 | 40.00 | 2.75 | 441.25 | 15.66 | 27.36 | 6.40 | 17.96 | 0.00 | 25.00 | 348.87 |
| 07/11/07 | 035965 | 40.75 | 0.00 | 407.50 | 12.29 | 25.27 | 5.91 | 16.37 | 0.00 | 25.00 | 322.66 |
| 07/18/07 | 036011 | 40.00 | 1.75 | 426.25 | 14.16 | 26.43 | 6.18 | 17.26 | 0.00 | 50.00 | 312.22 |
| 07/25/07 | 036055 | 39.25 | 0.00 | 392.50 | 10.79 | 24.34 | 5.69 | 15.65 | 0.00 | 50.00 | 286.03 |
| 08/01/07 | 036108 | 38.25 | 0.00 | 382.50 | 9.79 | 23.72 | 5.55 | 15.17 | 0.00 | 50.00 | 278.27 |
| 08/08/07 | 036165 | 40.00 | 2.75 | 441.25 | 15.66 | 27.36 | 6.40 | 17.96 | 0.00 | 50.00 | 323.87 |
| 08/15/07 | 036221 | 40.00 | 4.25 | 463.75 | 17.91 | 28.75 | 6.72 | 19.05 | 0.00 | 50.00 | 341.32 |
| 08/22/07 | 036269 | 40.00 | 0.75 | 411.25 | 12.66 | 25.50 | 5.96 | 16.54 | 0.00 | 50.00 | 300.59 |
| JR TOTAL: | | 928.25 | 26.25 | 9,555.75 | 421.58 | 592.51 | 138.57 | 373.27 | 0.00 | 894.13 | 7,135.69 |
| DEPT 02 TOTAL: | | 928.25 | 26.25 | 9,555.75 | 421.58 | 592.51 | 138.57 | 373.27 | 0.00 | 894.13 | 7,135.69 |
| REPORT TOTAL: | | 928.25 | 26.25 | 9,555.75 | 421.58 | 592.51 | 138.57 | 373.27 | 0.00 | 894.13 | 7,135.69 |

System Date: 08/22/2007 / 2:14 pm
Application Date: 08/22/2007
Page: 1
User: HIG / HIG

Case 07-71583-CMS7   Doc 5   Filed 09/11/07   Entered 09/11/07 09:21:47   Desc Main
Document      Page 1 of 3

```
nges:
  Employee ID          RYLC - RYLC
  Check Number         First - Last
  Audit Trail Code     First - Last
  Date                 1/1/2007 - 8/20/2007

rt By:    Employee ID
Voided
```

| Check Number | Payment# | Employee ID | Name | | Check Date | Posted Date | Audit Trail Code | |
|---|---|---|---|---|---|---|---|---|
| Gross Wage | Federal Tax | FICA Soc Sec Tax | FICA Med Tax | | Deductions | | Benefits | Net Wage |
| Federal Tax/Tips | FICA Soc Sec/Tips | FICA Med/Tips | | Uncollected FICA Soc Sec/Tips | | Uncollected FICA Med/Tips | | |
| 00042025 | 41,739 | RYLC | Ryland, Christopher P | | 1/4/2007 | 1/4/2007 | UPRCC00001153 | |
| $556.25 | $21.66 | | $28.28 | $6.61 | $122.36 | | $0.00 | $360.86 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00042152 | 41,866 | RYLC | Ryland, Christopher P | | 1/11/2007 | 1/11/2007 | UPRCC00001157 | |
| $500.00 | $16.26 | | $24.79 | $5.80 | $120.11 | | $0.00 | $318.99 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00042278 | 41,992 | RYLC | Ryland, Christopher P | | 1/18/2007 | 1/18/2007 | UPRCC00001161 | |
| $518.75 | $18.06 | | $25.96 | $6.07 | $120.86 | | $0.00 | $332.94 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00042407 | 42,122 | RYLC | Ryland, Christopher P | | 1/25/2007 | 1/25/2007 | UPRCC00001167 | |
| $551.56 | $21.21 | | $27.99 | $6.55 | $122.17 | | $0.00 | $357.37 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00042524 | 42,239 | RYLC | Ryland, Christopher P | | 2/1/2007 | 2/1/2007 | UPRCC00001170 | |
| $800.00 | $53.26 | | $43.39 | $10.15 | $132.11 | | $0.00 | $534.49 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00042646 | 42,361 | RYLC | Ryland, Christopher P | | 2/8/2007 | 2/8/2007 | UPRCC00001173 | |
| $631.25 | $28.96 | | $32.93 | $7.70 | $125.36 | | $0.00 | $416.59 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00042767 | 42,482 | RYLC | Ryland, Christopher P | | 2/15/2007 | 2/15/2007 | UPRCC00001176 | |
| $776.56 | $49.89 | | $41.94 | $9.81 | $131.17 | | $0.00 | $518.11 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00042887 | 42,602 | RYLC | Ryland, Christopher P | | 2/22/2007 | 2/22/2007 | UPRCC00001179 | |
| $950.00 | $74.86 | | $52.70 | $12.32 | $138.11 | | $0.00 | $639.29 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00043010 | 42,725 | RYLC | Ryland, Christopher P | | 3/1/2007 | 3/1/2007 | UPRCC00001183 | |
| $753.13 | $46.51 | | $40.48 | $9.47 | $130.24 | | $0.00 | $501.75 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00043138 | 42,853 | RYLC | Ryland, Christopher P | | 3/8/2007 | 3/8/2007 | UPRCC00001187 | |
| $757.81 | $47.19 | | $40.78 | $9.54 | $130.42 | | $0.00 | $505.00 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00043267 | 42,982 | RYLC | Ryland, Christopher P | | 3/15/2007 | 3/15/2007 | UPRCC00001194 | |
| $635.94 | $29.12 | | $33.22 | $7.77 | $125.55 | | $0.00 | $420.50 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00043393 | 43,108 | RYLC | Ryland, Christopher P | | 3/22/2007 | 3/22/2007 | UPRCC00001198 | |
| $421.88 | $8.57 | | $19.95 | $4.66 | $116.99 | | $0.00 | $261.51 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00043522 | 43,239 | RYLC | Ryland, Christopher P | | 3/29/2007 | 3/29/2007 | UPRCC00001203 | |
| $776.56 | $49.16 | | $41.94 | $9.81 | $131.17 | | $0.00 | $518.80 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00043651 | 43,368 | RYLC | Ryland, Christopher P | | 4/5/2007 | 4/5/2007 | UPRCC00001207 | |
| $992.19 | $80.21 | | $55.31 | $12.93 | $139.80 | | $0.00 | $669.47 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00043772 | 43,489 | RYLC | Ryland, Christopher P | | 4/12/2007 | 4/12/2007 | UPRCC00001210 | |
| $809.38 | $53.89 | | $43.98 | $10.29 | $132.49 | | $0.00 | $541.71 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00043911 | 43,629 | RYLC | Ryland, Christopher P | | 4/19/2007 | 4/19/2007 | UPRCC00001216 | |
| $607.81 | $0.00 | | $31.13 | $7.28 | $129.96 | | $0.00 | $427.42 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00044044 | 43,762 | RYLC | Ryland, Christopher P | | 4/26/2007 | 4/26/2007 | UPRCC00001220 | |
| $678.13 | $0.00 | | $35.49 | $8.30 | $132.78 | | $0.00 | $484.03 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |
| 00044179 | 43,897 | RYLC | Ryland, Christopher P | | 5/3/2007 | 5/3/2007 | UPRCC00001224 | |
| $785.94 | $10.27 | | $42.18 | $9.87 | $137.09 | | $0.00 | $563.83 |
| $0.00 | | $0.00 | $0.00 | | | $0.00 | | $0.00 |

Voided

| Check Number | Payment# | Employee ID | Name | | Check Date | Posted Date | Audit Trail Code | |
|---|---|---|---|---|---|---|---|---|
| Gross Wage | Federal Tax | FICA Soc Sec Tax | | FICA Med Tax | Deductions | | Benefits | Net Wage |
| Federal Tax/Tips | FICA Soc Sec/Tips | | FICA Med/Tips | Uncollected FICA Soc Sec/Tips | | Uncollected FICA Med/Tips | | |
| 00044314 | 44,032 | RYLC | Ryland, Christopher P | | 5/10/2007 | 5/10/2007 | UPRCC00001229 | |
| $851.56 | $16.57 | | $46.25 | $10.81 | $139.71 | | $0.00 | $612.69 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 00044454 | 44,172 | RYLC | Ryland, Christopher P | | 5/17/2007 | 5/17/2007 | UPRCC00001234 | |
| $412.50 | $0.00 | | $19.02 | $4.45 | $122.15 | | $0.00 | $265.27 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 00044595 | 44,316 | RYLC | Ryland, Christopher P | | 5/24/2007 | 5/24/2007 | UPRCC00001241 | |
| $589.06 | $0.00 | | $29.97 | $7.01 | $129.21 | | $0.00 | $412.09 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 00044731 | 44,454 | RYLC | Ryland, Christopher P | | 5/31/2007 | 5/31/2007 | UPRCC00001247 | |
| $785.94 | $10.27 | | $42.18 | $9.86 | $137.09 | | $0.00 | $563.84 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 00044865 | 44,596 | RYLC | Ryland, Christopher P | | 6/7/2007 | 6/7/2007 | UPRCC00001252 | |
| $596.88 | $0.00 | | $30.46 | $7.13 | $129.53 | | $0.00 | $418.44 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 00044994 | 44,738 | RYLC | Ryland, Christopher P | | 6/14/2007 | 6/14/2007 | UPRCC00001258 | |
| $575.00 | $0.00 | | $29.10 | $6.80 | $128.65 | | $0.00 | $400.51 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 00045124 | 44,877 | RYLC | Ryland, Christopher P | | 6/21/2007 | 6/21/2007 | UPRCC00001264 | |
| $514.06 | $0.00 | | $25.32 | $5.92 | $126.21 | | $0.00 | $350.61 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 00045244 | 45,006 | RYLC | Ryland, Christopher P | | 6/28/2007 | 6/28/2007 | UPRCC00001268 | |
| $500.00 | $0.00 | | $24.45 | $5.72 | $125.65 | | $0.00 | $339.02 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 00045369 | 45,142 | RYLC | Ryland, Christopher P | | 7/5/2007 | 7/5/2007 | UPRCC00001274 | |
| $115.63 | $0.00 | | $7.17 | $1.68 | $4.63 | | $0.00 | $102.15 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | | | | | | | | |
| $17,443.77 | $635.92 | | $916.36 | $214.31 | $3,361.57 | | $0.00 | $11,837.28 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |